(December 23, 1938.)

In the Matter of the Appointment of Honorable GEORGE H. FURMAN as an Official Referee.— Honorable George H. Furman appointed an official referee to take effect as of January 1, 1939. Present — Lazansky, P. J., Hagarty, Carswell, Davis, Johnston, Adel, Taylor and Close, JJ.

JULIA CURRY and CHARLES CURRY, Appellants, v. THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of HONOUR B. GELSON, an Attorney and Counselor at Law.— Motion to amend petition granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ. [See ante, p. 781.]

In the Matter of the Petition of the WESTCHESTER COUNTY BAR ASSOCIATION with Respect to JOSEPH F. MIKA, Admitted as JOSEPH F. MIKA, JR., an Attorney.— Matter referred to Honorable J. Addison Young, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

MAX LAZAROFF and ANNA LAZAROFF, Individually and as Guardian ad Litem of ROSALYN and IRENE LAZAROFF, Infants, Appellants, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.